DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRIS CAPLANIS,**
Appellant,

v.

**AUTONATION, INC.,** including all of its affiliates, subsidiary companies,
dealerships, officers, directors, employees, and agents,
Appellee.

No. 4D18-2796

[August 15, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; David A. Haimes, Judge; L.T. Case No. 13-15373 CACE
(08).

Chris Caplanis, Black Canyon City, Arizona, pro se.

Kevin R. Jackson of the Law Offices of Kevin Jackson P.A., Fort
Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***